UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

In the Matter of the termination of          ORDER
Referral to Magistrate Judge

_____

       **ORDERED** that the referral to the below Magistrate Judges in the following cases has been terminated. This case will be decided directly, without Report and Recommendation, by the Honorable Glenn T. Suddaby, U.S. District Judge:

| | Case Number | Caption |
|---|---|---|
| 1) | 3:13-cv-310 (GTS/TWD) | Roberts v. Commissioner of Social Security |
| 2) | 3:13-cv-611 (GTS/TWD) | Dutcher v. Commissioner of Social Security |
| 3) | 3:13-cv-897 (GTS/ATB) | Williams v. Commissioner of Social Security |
| 4) | 5:13-cv-567 (GTS/RFT) | Larkin v. Commissioner of Social Security |
| 5) | 6:13-cv-857 (GTS/TWD) | Hamlin v. Commissioner of Social Security |
| 6) | 8:13-cv-777 (GTS/RFT) | Bushey v. Commissioner of Social Security |

**IT IS SO ORDERED.**

Dated: April 2, 2014
Syracuse, New York

Gary L. Sharpe
Chief U.S. District Judge